CITY OF HOBOKEN, RESPONDENT, v. STATE BOARD OF TAX APPEALS ET AL., APPELLANTS.

Argued February 4, 1942—Decided April 23, 1942.

For the respondents, *John J. Fallon* (*Frank P. McCarthy,* of counsel).

For the appellants, *Peter Bentley.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Heher in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, BODINE, PERSKIE, PORTER, COLIE, DEAR, WELLS, RAFFERTY, HAGUE, THOMPSON, JJ. 12.

*For reversal*—None.